Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 18-29748 (ABA)**

Danielle Wakeley  
354 4Th Avenue  
Lindenwold, NJ  08021

Monthly Payment: $461.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/17/2020 | $500.00 | 02/12/2020 | $846.00 | 06/08/2020 | $1,334.30 | 08/04/2020 | $461.00 |
| 08/21/2020 | $930.00 | 11/16/2020 | $1,400.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DANIELLE WAKELEY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW B. FINBERG, ESQUIRE | 13 | $4,060.00 | $4,060.00 | $0.00 | $4,060.00 |
| 1 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $1,447.02 | $0.00 | $1,447.02 | $0.00 |
| 2 | MIDFIRST BANK | 24 | $14,540.11 | $6,083.04 | $8,457.07 | $461.00 |
| 3 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | COMENITY BANK/CAPTIAL BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | JEFFERSON HOSPITAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $453.30 | $0.00 | $453.30 | $0.00 |
| 7 | MIDLAND FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | MIDLAND FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | SYNCB/AMAZON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | MIDLAND FUNDING, LLC | 33 | $1,276.50 | $0.00 | $1,276.50 | $0.00 |
| 11 | MIDLAND FUNDING, LLC | 33 | $798.76 | $0.00 | $798.76 | $0.00 |
| 12 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | ANDREW B. FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | QUANTUM3 GROUP, LLC | 33 | $326.46 | $0.00 | $326.46 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2018 | 1.00 | $0.00 |
| 12/01/2018 | Paid to Date | $400.00 |
| 01/01/2019 | 58.00 | $461.00 |
| 11/01/2023 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $5,471.30 |
| Total paid to creditors this period: | $4,521.00 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $436.00 |
| Attorney: | ANDREW B. FINBERG, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**