Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18−29748−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Danielle Wakeley
   aka Danielle C. Wakeley
   354 4th Ave
   Lindenwald, NJ 08021

Social Security No.:
   xxx−xx−4293

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 14, 2018.

On 3/8/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:              April 13, 2022
Time:              09:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: March 9, 2022
JAN: lgr

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-29748-ABA |
| Danielle Wakeley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 09, 2022 | Form ID: 185 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle Wakeley, 354 4th Ave, Lindenwald, NJ 08021-3307 |
| cr | + | PINGORA LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | PINGORA LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517794340 | + | Cenlar Federal Savings and Loan, 425 Phillips Blvd, Trenton, NJ 08618-1430 |
| 517794342 | + | Comenity Bank/Captial Bank, PO BOX 182120, Columbus, OH 43218-2120 |
| 517879737 | | EMERG PHY ASSOC OF S.JERSEY,PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 517794343 | + | Jefferson Hospital, 2201 Chapel Avenue, Cherry Hill, NJ 08002-2048 |
| 517794344 | + | Kennedy Hearlth Systems, 2201 Chapel Ave. West, Cherry Hill, NJ 08002-2048 |
| 518808711 | + | MidFirst Bank, Denise Carlon, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517919751 | + | PINGORA LOAN SERVICING, LLC, CENLAR FSB, BK DEPARTMENT,, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 517921611 | + | PINGORA LOAN SERVICING, LLC, Nicholas V. Rogers, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 09 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 09 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517794339 | | Email/Text: bankruptcy@pepcoholdings.com | Mar 09 2022 20:40:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 517794341 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 09 2022 20:42:29 | Chase/Bank One Card Services, PO BOX 15298, Wilmington, DE 19850 |
| 518714104 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 09 2022 20:42:18 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 518714103 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 09 2022 20:42:29 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517794345 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2022 20:40:00 | Midland Funding LLC, 2365 Northside Drive Suite 300, San Diego, CA 92108-2709 |
| 517904979 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2022 20:40:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517801244 | | Email/Text: bnc-quantum@quantum3group.com | Mar 09 2022 20:40:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517794347 | | Email/PDF: gecsedi@recoverycorp.com | Mar 09 2022 20:42:39 | SYNCB/AMAZON, PO Box 965036, Orlando, FL 32896-5036 |

| 517794348 | + Email/PDF: gecsedi@recoverycorp.com | Mar 09 2022 20:42:29 | SYNCB/TJX CO DC, PO Box 965015, Orlando, FL 32896-5015 |
| 517794349 | Email/PDF: gecsedi@recoverycorp.com | Mar 09 2022 20:42:30 | Syncb/Walmart, PO Box 965024, El Paso, TX 79998 |
| 517796056 | + Email/PDF: gecsedi@recoverycorp.com | Mar 09 2022 20:42:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517794346 | *+ | Midland Funding LLC, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2022   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B. Finberg | on behalf of Debtor Danielle Wakeley andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Craig Scott Keiser | on behalf of Creditor PINGORA LOAN SERVICING LLC craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joni L. Gray | on behalf of Debtor Danielle Wakeley joni@sjbankruptcylaw.com jgrayecf@gmail.com;grayjr39848@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7