Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−29748−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Danielle Wakeley
   aka Danielle C. Wakeley
   354 4th Ave
   Lindenwald, NJ 08021

Social Security No.:
   xxx−xx−4293

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 19, 2022.

Dated: April 19, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 18-29748-ABA

Danielle Wakeley                                                                    Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin              Page 1 of 2
Date Rcvd: Apr 19, 2022     Form ID: plncf13        Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle Wakeley, 354 4th Ave, Lindenwald, NJ 08021-3307 |
| cr | + | PINGORA LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | PINGORA LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517794340 | + | Cenlar Federal Savings and Loan, 425 Phillips Blvd, Trenton, NJ 08618-1430 |
| 517794342 | + | Comenity Bank/Captial Bank, PO BOX 182120, Columbus, OH 43218-2120 |
| 517879737 | | EMERG PHY ASSOC OF S.JERSEY,PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 517794343 | + | Jefferson Hospital, 2201 Chapel Avenue, Cherry Hill, NJ 08002-2048 |
| 517794344 | + | Kennedy Hearlth Systems, 2201 Chapel Ave. West, Cherry Hill, NJ 08002-2048 |
| 518808711 | + | MidFirst Bank, Denise Carlon, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517919751 | + | PINGORA LOAN SERVICING, LLC, CENLAR FSB, BK DEPARTMENT,, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 517921611 | + | PINGORA LOAN SERVICING, LLC, Nicholas V. Rogers, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 19 2022 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 19 2022 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517794339 | | Email/Text: bankruptcy@pepcoholdings.com | Apr 19 2022 20:44:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 517794341 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 19 2022 20:50:45 | Chase/Bank One Card Services, PO BOX 15298, Wilmington, DE 19850 |
| 518714104 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 19 2022 20:50:45 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 518714103 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 19 2022 20:50:35 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517794345 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 19 2022 20:45:00 | Midland Funding LLC, 2365 Northside Drive Suite 300, San Diego, CA 92108-2710 |
| 517904979 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 19 2022 20:45:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517801244 | | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2022 20:45:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517794347 | | Email/PDF: gecsedi@recoverycorp.com | Apr 19 2022 20:50:46 | SYNCB/AMAZON, PO Box 965036, Orlando, FL 32896-5036 |

| 517794348 | + Email/PDF: gecsedi@recoverycorp.com | Apr 19 2022 20:50:46 | SYNCB/TJX CO DC, PO Box 965015, Orlando, FL 32896-5015 |
| 517794349 | Email/PDF: gecsedi@recoverycorp.com | Apr 19 2022 20:49:23 | Syncb/Walmart, PO Box 965024, El Paso, TX 79998 |
| 517796056 | + Email/PDF: gecsedi@recoverycorp.com | Apr 19 2022 20:50:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517794346 | *+ | Midland Funding LLC, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2710 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2022 at the address(es) listed below:

**Name** | **Email Address**

Andrew B. Finberg
    on behalf of Debtor Danielle Wakeley andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com

Craig Scott Keiser
    on behalf of Creditor PINGORA LOAN SERVICING LLC craig.keiser@law.njoag.gov

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Joni L. Gray
    on behalf of Debtor Danielle Wakeley joni@sjbankruptcylaw.com jgrayecf@gmail.com;grayjr39848@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7