Certificate Number: 02470-NJ-DE-037125956

Bankruptcy Case Number: 18-29748



02470-NJ-DE-037125956

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 23, 2023, at 7:30 o'clock AM EST, Danielle Wakeley completed a course on personal financial management given by internet by Isabel C. Balboa, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: January 23, 2023    By: /s/Connie Gerhardt

Name: Connie Gerhardt

Title: TENS Instructor